**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| HOPE HALLER, | ) | |
| | ) | Cause No: |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Circuit Court Cause No: 2022- |
| AMERICAN FAMILY MUTUAL | ) | CC01095 |
| INSURANCE COMPANY, S.I., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORIGINAL FILING FORM**

THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.

☐ THIS SAME CAUSE, OR A SUBSTIANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CAUSE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT.  THE RELEATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

**X** NEITHER THIS SAME CAUSE, NOR A SUBSTATNIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGIANL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Dates:  _September 9, 2020___          _____
                                                                Signature of Filing Party