COLE COUNTY SHERIFF

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC01095 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>HOPE HALLER | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH V NEILL<br>5201 HAMPTON AVE<br>ST. LOUIS, MO 63109 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>AMERICAN FAMILY MUTUAL INSURANCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: AMERICAN FAMILY MUTUAL INSURANCE CO
Alias:

C/O DIRECTOR OF INSURANCE
MISSOURI DEPT OF INSURANCE
301 W HIGH ST ROOM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

*CITY OF ST LOUIS*

RECEIVED AUG 07 2020 COLE COUNTY SHERIFF'S OFFICE

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

August 5, 2020
_____        _____
Date                                                   Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
Debra Lee (name) Designee (title).
☐ other: _____

Served at 301 W High St Jefferson City MO 65101 (address)
in Cole (County/City of St. Louis), MO, on 08·10·2020 (date) at 8:25 AM (time).

Sheriff: _AL P Wheeler_
Printed Name of Sheriff or Server        By Dep. John Strobel 81
                                                        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____    _____
                                    Date                           Notary Public

**Sheriff's Fees, if applicable**
Summons                                    $_____
Non Est                                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $  10.00
Mileage                                        $_____ (_____ miles @ $._____ per mile)
Total                                              $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.