State of Missouri

# Department of Commerce and Insurance



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

AMERICAN FAMILY MUTUAL INSURANCE CO
6000 AMERICAN PARKWAY

MADISON, WI 53783-0001

**RE:** Court: St. Louis City Circuit Court, Case Number: 2022-CC01095

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Monday, August 10, 2020.

*Chlora Lindley-Myers*

Director of Commerce and Insurance

---

AFFIDAVIT

State of Missouri,
            ss.
County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on _August 10, 2020_ by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Commerce and Insurance

By: _____

Subscribed and sworn to before me this _10th_ day of _August, 2020_

*Kathryn Latimer*
Notary Public

My commission expires:

KATHRYN LATIMER
My Commission Expires
March 4, 2024
Cole County
Commission #12418395

ENTERED
SEP 3 / 2020
CS

301 West High Street, Room 530, P.O. Box 690 / JeffersonCity, Missouri 65102-0690
Telephone 573-526-0000 / TDD 1-573-526-4536 (Hearing Impaired)
http://www.dci.mo.gov