**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| HOPE HALLER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Cause No. 2022-CC01095 |
| | ) | |
| AMERICAN FAMILY MUTUAL | ) | |
| INSURANCE COMPANY, S.I., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on September 9, 2020, Defendant filed a timely Notice of

Removal of this action from the Circuit Court of St. Louis City, to the United States District Court

for the Eastern District of Missouri. The Notice of Removal is attached hereto as Exhibit 1.

Therefore, the Circuit Court for St. Louis City shall proceed no further unless and until

this action is remanded.

_____
Stephanie A. Kennedy, #65741
800 Northwest Plaza Drive
St. Ann, MO 63074
(314) 542-0015
Fax (866) 292-8815
skenned2@amfam.com
Attorney for American Family Insurance
Company

## CERTIFICATE OF SERVICE

Pursuant to Rule 103.08, I hereby certify that on September 9, 2020 this document was electronically filed through the Missouri e-file system which will provide copies of same to all attorneys of record.  Pursuant to Rule 55.03(a), the undersigned further certifies that he signed an

original of this pleading and that an original of this pleading shall be maintained for a period not less than the maximum allowable time to complete the appellate process.

_Stephene Kennedy_